JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Melinda Garcia, | Case No. 1:19-cv-01053-BAM |
| Plaintiff, | STIPULATION AND ORDER FOR EXTENSION OF TIME |
| vs. | |
| ANDREW SAUL,[1] Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from 01/02/2020 to 02/01/2020, for Plaintiff to serve on defendant with PLAINTIFF'S LETTER BRIEF.  All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's first request for an extension of time.  Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week.  Counsel requires additional time to brief the issues thoroughly for the Court's consideration.  Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

---

[1] Andrew Saul is now the Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d).  See also section 205(g) of the Social Security Act, 42 U.S.C. § 405(g)(action survives regardless of any change in the person occupying the office of Commissioner of Social Security).

1

|   |   |
|---|---|
| | Respectfully submitted, |
| Dated: December 20, 2019 | PENA & BROMBERG, ATTORNEYS AT LAW |
| | By: */s/ Jonathan Omar Pena*<br>JONATHAN OMAR PENA<br>Attorneys for Plaintiff |
| Dated: January 3, 2020 | MCGREGOR W. SCOTT<br>United States Attorney<br>DEBORAH LEE STACHEL<br>Regional Chief Counsel, Region IX<br>Social Security Administration |
| | By: *\*/s/ Daniel P. Talbert*<br>Daniel P. Talbert<br>Special Assistant United States Attorney<br>Attorneys for Defendant<br>(\*As authorized by email on 01/03/2020) |

**ORDER**

The Scheduling Order allows a single thirty-day extension of any part of the Scheduling Order by stipulation of the parties without the Court's approval. (Doc. 5.) This is the first extension requested by the parties and therefore Plaintiff shall have a thirty-day extension of time to serve his letter brief. Plaintiff's letter brief shall be served on or before February 1, 2020. All other deadlines set forth in the Court's Scheduling Order shall be modified accordingly.

The Court notes that the parties' stipulation was filed on January 3, 2020, after the applicable deadline for Plaintiff to serve his letter brief had passed. (*See* Doc. No. 11.) The parties are cautioned that the Local Rules require counsel to seek to obtain a necessary extension from the Court as soon as the need for the extension becomes apparent. L.R. 144(d). Any future requests for Court-approved extensions brought on or after the applicable deadline will be looked upon with disfavor. *Id.*

IT IS SO ORDERED.

Dated: **January 3, 2020**          /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE