JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA 93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Melinda    Garcia,<br><br>    Plaintiff,<br><br>  vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:19-cv-01053-BAM<br><br>STIPULATION AND ORDER FOR<br>EXTENSION OF TIME |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from 3/9/2020 to 4/8/2020, for Plaintiff to serve on defendant with PLAINTIFF'S OPENING BRIEF. All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's first request for an extension of time to file her Opening Brief, and second extension in the overall case. Good cause exists for this extension request. Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Counsel's administrative calendar has seen an unusual increase in administrative hearings the last two months and Counsel is in current discussion for adding additional staff to support the increase in the administrative work.

The week of 03/01/2020 counsel has 20 administrative hearings, 12 pre- hearing preparation meetings with claimants, three opening briefs for federal court, seven letter briefs

1

and one settlement proposal due.  For the week of 3/9/2020, counsel has 17 administrative hearings along with their hearing briefs; three pre-hearing conferences with claimants; one federal court hearing; and, two merit briefs for federal court.

Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: March 4, 2020                    PENA & BROMBERG, ATTORNEYS AT LAW


By: */s/ Jonathan Omar Pena*
JONATHAN OMAR PENA
Attorneys for Plaintiff


Dated: March 4, 2020                    McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration


By:  */s/ Lynn M. Harada*
Lynn M. Harada
Special Assistant United States Attorney
Attorneys for Defendant
(*As authorized by email on 3/4/2020)


## ORDER

Pursuant to the parties' stipulation, and good cause appearing, Plaintiff's request for an extension of time to file her Opening Brief is GRANTED.  Plaintiff shall file her Opening Brief on or before April 8, 2020.  All other deadlines in the Court's Scheduling Order are modified

accordingly. No further extensions of time shall be granted absent a demonstrated showing of good cause.

IT IS SO ORDERED.

Dated: __March 9, 2020__          ___/s/ Barbara A. McAuliffe___
                                   UNITED STATES MAGISTRATE JUDGE